receive so much of the proceeds of sale as shall remain after the payment of legacies, debts, and expenses incident to the sale.

If commissions are to be paid to a broker for procuring a purchaser, then, unless there is a corresponding deduction, the tax will be levied upon a sum which by the will cannot reach the beneficiary. Such commissions are a proper expense, and the executrix swears, without contradiction, but in somewhat uncertain language, that in this case the commissions will be included in the expenses of the sale necessarily to be paid. The proceedings should be remitted to the appraiser to take such further proof as may be offered, and upon the whole case to allow the amount of broker's commissions upon the sale, if upon all the proofs it shall appear that they are actually to be paid.

Proceeding remitted to appraiser.

(63 Misc. Rep. 616.)

## In re VAN PELT'S ESTATE.

(Surrogate's Court, Kings County. June, 1909.)

TAXATION (§ 895*)—INHERITANCE TAXES—ASSESSMENT.

Where an estate amounts to less than $100,000 at testator's death, but more than that amount comes to the hands of the executors by accrual of interest, each executor is entitled to full commissions, and separate commissions should be deducted in appraising the estate for the transfer tax.

[Ed. Note.—For other cases, see Taxation, Cent. Dig. § 1719; Dec. Dig. § 895.*]

Application for appraisal of transfer tax on the estate of Jacob L. Van Pelt. From an order fixing the transfer tax, the executors appeal. Modified.

Furst & Furst (Arnold S. Furst, of counsel), for executors.
William W. Wingate, for State Comptroller.

KETCHAM, S. Upon an appeal taken from the order fixing the transfer tax, the ground of appeal is that, in the adjustment of the tax, deduction was made of a single commission to executors instead of a commission to each of three executors.

The estate at the time of the death was of the value of $98,621.33, but, when the executors received their letters, it had been increased by the accrual of interest to more than $100,000. No doubt, for the purpose of the transfer tax, the estate must be valued as of the time of death; but whether each executor shall receive a full commission is to be determined by the value of the estate which they shall have administered. Under familiar methods of estimating deductions, it must be found that a triple commission is among the prospective expenses of this administration. The two additional commissions at the estimate made by the appraiser would be $2,299.52. The present order would make the legatees pay a tax upon this sum as an amount

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

which passes to them under the decedent's will, when, as must be seen, it will never reach them.

The order appealed from should be modified accordingly.

Decree modified.